**No. 48585.**—Protests 977722–G, etc., of New York Merchandise Co., Inc. (New York).

Opinion by LAWRENCE, J. The uncontradicted evidence disclosed that the bicycle horns are similar to those involved in *Spiegel Bros. Corp.* v. *United States* (9 Cust. Ct. 194, C. D. 692), the record in which case was incorporated herein, and that the brass base shells are similar to those the subject of *New York Merchandise Co., Inc.* v. *United States* (8 Cust. Ct. 209, C. D. 607), which record was also incorporated herein. Following the cited decisions the bicycle horns were held dutiable at 30 percent under paragraph 371 as parts of bicycles, as claimed, and the brass base shells at 35 percent under paragraph 353.

BEFORE THE THIRD DIVISION, JULY 26, 1943

**No. 48586.**—Petition 6295–R of Illfelder Importing Co., Inc. (W. R. Zanes & Co., Broker) (Galveston).

Opinion by CLINE, J. It appeared that the only question raised by this appraisement was the cost of nondutiable charges which were deducted on entry. From the record it was found that in making the entry the petitioner acted without intention to misrepresent the facts or to defraud the revenue of the United States, or to deceive the appraiser as to the value of the merchandise. The petition was therefore granted.

BEFORE THE FIRST DIVISION, JULY 28, 1943

**No. 48587.**—Protest 21154–K of Eugene B. Baehr & Sons (New York).

Opinion by OLIVER, P. J. At the trial the respective parties agreed that the merchandise is similar to that the subject of Abstract 47083, which record was incorporated herein. The claim at 40 percent under paragraph 1541 was therefore sustained.

**No. 48588.**—Protest 967818–G of W. X. Huber Co. (Los Angeles).

Opinion by OLIVER, P. J. Exhibit 1 received in evidence consists of brightly colored miniature soldier figures about 2¼ inches tall. They were admittedly composed in chief value of wood. At the trial the plaintiff produced one witness, the proprietor of the ultimate consignee, but his testimony was found not strong enough to overcome the presumption of correctness attaching to the classification of the collector. It was also found that the articles in size, form, and coloring are not unlike the small lead soldiers commonly used by children as toys. On the record presented the protest was overruled.